■ Morris Berkowitz, Doing Business as Morris Park Nursing Home, Respondent, v Hefra Properties Company et al., Appellants.—Appeal by the plaintiff (1) from an order of the Supreme Court, Kings County (Ramirez, J.), dated April 15, 1988, and (2) from an order of the same court, dated November 17, 1988.

Ordered that the orders are affirmed, with one bill of costs, for reasons stated by Justice Ramirez at the Supreme Court. Thompson, J. P., Brown, Eiber and Balletta, JJ., concur.